**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                       CASE NO. 04-41470-TLH4
                                             CHAPTER 13
DELORES BELL


_____ Debtor(s) _____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: TRANSOUTH FINANCIAL CORP. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 381566 in the amount of 324.07 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                OFFICE OF THE CHAPTER 13 TRUSTEE
                                POST OFFICE BOX 646
                                TALLAHASSEE, FL 32302
                                ldhecf@earthlink.net
                                (850) 681-2734 "Telephone"
                                (850) 681-3920 "Facsimile"
```

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and accurate copy of the

foregoing has been furnished by electronic filing or first

```
DELORES BELL                   TRANSOUTH FINANCIAL CORP.
509 NE YELLOW PINE AVE         P.O. BOX 1472
MADISON,  FL  32340            MINNEAPOLIS, MN 55440-1472

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317
```

on the same date as reflected on the Court's docket as the

electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
11/30/2009  2:45 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```